## DECLARATION OF SERVICE

I hereby declare that on this date, a true copy of the within Notice Of Removal, and Exhibits A thereto, was filed and served pursuant to 28 U.S.C. §1446(b), the Federal Rules of Civil Procedure, the District of New Jersey's Local Rules, and the District of New Jersey's ECF Policies and Procedures: (i) via ECF filing to the Clerk's Office, U.S. District Court, Newark vicinage, M.L. King Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and (ii) via Federal Express for overnight delivery to plaintiffs' counsel of record, Brian Osias, Esq., McCarter & English, 100 Mulberry Street, Newark, NJ 07102.

Dated: December 17, 2009         s/Robert Novack
                                 Robert Novack (RN4514)
                                 EDWARDS ANGELL PALMER & DODGE LLP
                                 One Giralda Farms
                                 Madison, NJ 07940
                                 (973) 520-2300

NWK 225941.1