Robert Novack
Mary L. Moore
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, New Jersey 07940
(973) 520-2300
Attorneys for Defendants
 Chartis, Inc. and National Union Fire Ins. Co. of Pittsburgh, PA

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY BAKKE, CHARLES CARUSO, ANGEL DENIS, FRANCISCO DOMINIQUEZ, JOSEPH GINARTE, ARTHUR GUIDA, LASZLO HAJDU-NEMETH, FREDERIC LEIGHTON, RAYMOND LESNIAK, ROBERTO MADAM, ANTONIA MARTINEZ, TONY MONTEIRO, FRANCISCO MEJIA, REMBERTO PEREZ, GEORGE THALODY, PHILIP WALDORF, and SAUL UNTER,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTIS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Defendants. | Civil Action No.<br><br>**Corporate Disclosure Pursuant to Rule 7.1**<br><br><br><br><br><br><br><br>*Document Electronically Filed* |

Defendant National Union Fire Insurance Company of Pittsburgh, PA, is a wholly-owned subsidiary of Chartis U.S., Inc., which is a wholly owned subsidiary of

NWK 225930.1

Chartis Inc. Defendant Chartis Inc. is a wholly owned subsidiary of American International Group.

                                        s\Robert Novack
                                        Robert Novack
                                        EDWARDS ANGELL PALMER & DODGE, LLP
                                        One Giralda Farms
                                        Madison, NJ 07940
                                        (973) 520-2300
                                        Attorneys for Defendants
                                        Chartis, Inc. and National Union Fire
                                        Insurance Company of Pittsburgh, PA

DATED:       December 17, 2009