Robert Novack
Mary L. Moore
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, New Jersey 07940
(973) 520-2300
Attorneys for Defendants
 Chartis, Inc. and National Union Fire Ins. Co. of Pittsburgh, PA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOLLY BAKKE, CHARLES CARUSO, ANGEL DENIS, FRANCISCO DOMINIQUEZ, JOSEPH GINARTE, ARTHUR GUIDA, LASZLO HAJDU-NEMETH, FREDERIC LEIGHTON, RAYMOND LESNIAK, ROBERTO MADAM, ANTONIA MARTINEZ, TONY MONTEIRO, FRANCISCO MEJIA, REMBERTO PEREZ, GEORGE THALODY, PHILIP WALDORF, and SAUL UNTER,<br><br>  Plaintiffs,<br><br>v.<br><br>CHARTIS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Defendants. | Civil Action No.<br><br>**APPLICATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L.CIV.R. 6.1(b)**<br><br><br><br><br><br><br><br><br><br><br>*Document Electronically Filed* |

Application is hereby made for a Clerk's Order extending the time within which defendants Chartis, Inc. and National Union Fire Insurance Co. of Pittsburgh, PA, may answer, move or otherwise reply to the Complaint filed by plaintiffs Holly Bakke, et al. for a period of fifteen (15) days, and by plaintiffs' consent through February 1, 2010. In connection with Chartis and NUFIC's application herein, it is hereby represented that:

    1.    No previous extension has been obtained.

NWK 225949.1

2. Service of Process was effected on defendants on November 19, 2009.

3. The time for defendants to answer, move or otherwise reply to plaintiffs' Summons and Complaint presently expires on December 19, 2009. Defendants respectfully request that this deadline be extended through Monday, February 1, 2010. Plaintiffs' counsel of record has consented to this requested extension.

4. This application is made without waiving any defenses including, but not limited to, failure to state a claim, improper service of process and lack of personal jurisdiction.

s/Robert Novack (RN4514)  
ROBERT NOVACK  
EDWARDS ANGELL PALMER & DODGE LLP  
Attorneys for Defendants  
One Giralda Farms  
Madison, New Jersey 07940  
(973) 520-2300  
rnovack@eapdlaw.com

Dated: December 17, 2009

## ORDER

The above application to extend the time within which defendants may answer, move or otherwise reply to plaintiffs' Complaint, through and including Monday, February 1, 2010, is ORDERED GRANTED.

ORDER DATED:_____

By:_____  
Deputy Clerk