# EDWARDS ANGELL PALMER & DODGE LLP

One Giralda Farms  Madison, NJ  07940  973.520.2300  *fax* 973.520.2600  eapdlaw.com

January 20, 2010

VIA ECF Electronic Filing

Hon. William H. Walls, U.S.D.J.
United States District Court
District of New Jersey
M. L. King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ  07102

      RE:    Bakke, et al. v. Chartis, Inc. and National Union Fire
                Insurance Company of Pittsburgh, PA
                Docket No. 2:09cv06375 (WHW)(CCC)

Dear Judge Walls:

    This office represents defendants in the matter captioned above.  Attached is a Consent Order Staying the Action signed by all parties, for execution by Your Honor and filing thereafter.

                                  Respectfully submitted,

                                    Mary L. Moore

Enclosure
Cc:    Brian Osias, Esq. (w/encl.)