Robert Novack
Mary L. Moore
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, New Jersey 07940
(973) 520-2300
Attorneys for Defendants
Chartis, Inc. and National Union Fire Ins. Co. of Pittsburgh, PA

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY BAKKE, CHARLES CARUSO, ANGEL DENIS, FRANCISCO DOMINIQUEZ, JOSEPH GINARTE, ARTHUR GUIDA, LASZLO HAJDU-NEMETH, FREDERIC LEIGHTON, RAYMOND LESNIAK, ROBERTO MADAM, ANTONIA MARTINEZ, TONY MONTEIRO, FRANCISCO MEJIA, REMBERTO PEREZ, GEORGE THALODY, PHILIP WALDORF, and SAUL UNTER, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTIS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendants. | Civil Action No. 2:09cv06375 (WHW)(CCC) <br><br> **CONSENT ORDER STAYING <u>THE ACTION</u>** <br><br><br><br><br> *Document Electronically Filed* |

THIS MATTER, having been opened to the Court upon the consent of the parties, by and through their respective counsel, Edwards Angell Palmer & Dodge LLP, attorneys for Defendants Chartis, Inc. and National Union Fire Insurance Company of Pittsburg, PA, and attorneys for Plaintiffs, McCarter and English; and it appearing that the parties hereto have consented to the form, substance and entry of this Consent Order, and no adverse interest appearing;

NWK 226647.1

IT IS on this _____ day of _____, 2010,

**ORDERED** that this action is stayed pending further Order of this Court; and it is further

**ORDERED** that during the stay, and until further Order of the Court, the parties are not required to take any further action in this matter, including, but not limited to, answering, moving or otherwise responding to Plaintiffs' Complaint or Amended Complaint; and it is further

**ORDERED** that a copy of this Consent Order shall be served on all counsel within ____ days of the date on which this Consent Order is signed by the Court.

_____
U.S.D.J.

Consent as to form and entry:

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE LLP<br>Attorneys for Defendants | MC CARTER & ENGLISH<br>Attorneys for Plaintiffs |
| By: _/s/ Mary L. Moore_<br>Robert Novack, Esq.<br>Mary L. Moore, Esq. | By: _/s/ Brian Osias_<br>Brian Osias, Esq. |

NWK 226647.1

2